# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DEALERSGEAR, INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GET MY AUTO, LLC et al.,<br><br>Defendants. | Case No. SA CV 22-01011-DFM<br><br>JUDGMENT |

Having granted Defendants' Motion for Summary Judgment (Dkt. 64), the Court hereby ORDERS, ADJUDGES, AND DECREES as follows:

Defendants shall have JUDGMENT in their FAVOR, and AGAINST Plaintiffs. Plaintiffs shall take nothing by way of their Second Amended Complaint.

Date: January 10, 2024

DOUGLAS F. McCORMICK
United States Magistrate Judge