1  Michael Hammad, Esq., SBN 68333
   Attorney at law
2  2042 Goldeneye Place
3  Costa Mesa, California 92626
   Phone: 949-439-1760
4  Email: hammadlaw@yahoo.com
5  Attorneys for Defendants Get My Auto, LLC; Amir Razavi; Sami Halwani; and Raz Motor Group, Inc.
6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| DEALERSGEAR, INC., *et al.,* | Case No. 8:22-cv-01011-DFM |
|---|---|
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS' FEES** |
| vs. | |
| GET MY AUTO, LLC, *et al.*, | |
| Defendants. | |

Defendants Get My Auto, LLC, Amir Razavi, Sami Halwani, and Raz Motor Group, Inc. ("Defendants") hereby **withdraw** their *Motion for Award of Attorneys' Fees* filed on January 24, 2024 (dkt # 67), request that the hearing thereon be taken off calendar, and waive any right to any relief thereunder.

DATED this 5th day of February, 2024.

LAW OFFICE OF MICHAEL HAMMAD

By: /s/ Michael Hammad
Michael Hammad, Esq. for defendants Get My Auto, Amir Razavi, Sami Halwani, and Raz Motor Group, Inc.

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 2042 Goldeneye Place, Costa Mesa CA 92626.

I hereby certify that a copy of the foregoing **NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS' FEES** was served electronically to all parties on the above captioned matter at the electronic address as disclosed with the Court, or (if indicated below) by depositing same in the U.S. Mail postage pre-paid and properly addressed on the date indicated below.

**Notice has been electronically served to:**
hammadlaw@yahoo.com
bwiseman@madisonlawapc.com
mandana@mjintellectualproperty.com

**Notice has been mailed via USPS to:**
N/A

/s/ Michael Hammad
Michael Hammad, declarant